UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

       Case No. 2:14-CR-14

RANDALL RAYMOND FIECK, JR.,

       HON. ROBERT HOLMES BELL

       Defendant.
_____/

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant's objections to the R&R (ECF No. 34) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the August 19, 2014, R&R is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Defendant's motion to quash search warrant, to suppress alleged evidence, and for dismissal (ECF No. 13) is **DENIED**.

Dated: September 19, 2014       /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE